11-3382-cv
Marcus v. Haaker

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of September, two thousand twelve.

PRESENT: DENNIS JACOBS,
                          **Chief Judge**,
              GUIDO CALABRESI,
              SUSAN L. CARNEY,
                          **Circuit Judges**.

- - - - - - - - - - - - - - - - - - - - -X

RICHARD MARCUS,
          **Plaintiff-Appellee**,
OLGA DUFOUR,
          **Defendant-Appellee**,

          **-v.-**                                    11-3382-cv

LAWRENCE HAAKER, DAVID HAAKER,
SUZANNE PERLOTH, LISA GOLDBERG,
          **Defendants-Appellants**.
- - - - - - - - - - - - - - - - - - - - -X

FOR DEFENDANTS-APPELLANTS:        Robert F. Brodegaard,
                                  Brodegaard & Associates
                                  LLC, New York, NY.

1

**FOR DEFENDANT-APPELLEE:** Jason P. Criss (Joanne Sum-Ping, Covington & Burling LLP, New York, NY; and Stuart E. Eizenstat, Kevin J. Shorthill, Damara L. Chambers, and Steven E. Robertson, Covington & Burling LLP, Washington, D.C., <u>on the brief</u>)

Appeal from a judgment of the United States District Court for the Eastern District of New York (Spatt, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the District Court be **AFFIRMED.**

Defendants-Appellants Lawrence Haaker, David Haaker, Suzanne Perloth, and Lisa Goldberg (collectively, the "Haaker claimants") challenge the District Court's grant of judgment on the pleadings to Defendant-Appellee Olga Dufour in this interpleader action. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

**[1]** The Haaker claimants seek to disturb an award made by the Austrian General Settlement Fund ("GSF") to Dufour. Under principles of international comity, courts should defer to "the legislative, executive or judicial acts of another nation, having due regard both to international duty and convenience, and to the rights of its own citizens, or of other persons who are under the protection of its laws." <u>Hilton v. Guyot</u>, 159 U.S. 113, 164 (1895); <u>see also</u> <u>Finanz AG Zurich v. Banco Economico S.A.</u>, 192 F.3d 240, 246 (2d Cir. 1999). The District Court recognized that the GSF was established by the Austrian government pursuant to extensive negotiations led by the U.S. Government. <u>See</u> <u>Whiteman v. Dorotheum GmbH & Co. KG</u>, 431 F.3d 57, 62-65 (2d Cir. 2005). The District Court therefore rightly deferred to the GSF's determination.

**[2]** The Haaker claimants argue that the GSF award was procured by fraud and that New York law of intestacy entitles them to half of the award. As the District Court

found, the Haaker claimants have failed to point to any facts on which a finding of fraud could be made.  See United States v. Klein, 476 F.3d 111, 113-14 (2d Cir. 2007).  In addition, the Haaker claimants provide no authority nor any compelling reason why New York intestacy law should govern a determination made by a foreign adjudicative body such as the GSF.  See Nordwind v. Rowland, 584 F.3d 420, 432 (2d Cir. 2009).

Finding no merit in the Haaker claimants' remaining arguments, we hereby **AFFIRM** the judgment of the District Court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK